IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1434 |
| | ) |
| $500,430.00 IN UNITED STATES CURRENCY | ) |
| | ) |
| Defendant. | ) |

**ORDER**

AND NOW, this 22nd day of Jan, 2007, it is hereby

ORDERED, ADJUDGED and DECREED that the foregoing Stipulation is hereby approved and that this civil forfeiture action is stayed until further Order of Court. The United States will notify the Court upon the conclusion of the related criminal investigation. The United States may advertise this action in accordance with federal forfeiture law. All of the respective rights of the parties are preserved during the stay period. Either party may move to lift the stay. The clerk shall mark this case administratively closed.

_____
J.