IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Civil Action No.: 06-1434 |
| $500,430.00 in United States Currency, | ) | Judge Lancaster |
| Defendant. | ) | |
| Glenn E. Marsh, Claimant. | ) | |

## ORDER OF COURT

**AND NOW, to wit,** this 2nd day of March, 2009, upon consideration of the Government's Motion to Strike Claim and Answer in the above-captioned matter, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the said Motion be and is hereby **DENIED.**

BY THE COURT:

_____
The Honorable Gary L. Lancaster
United States District Judge