IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1434 |
| | ) | |
| $500,430.00 IN UNITED STATES CURRENCY | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this 6th day of March, 2009, it is hereby

ORDERED, ADJUDGED and DECREED that the foregoing Stipulation is hereby approved and that the parties shall conduct settlement negotiations and report back to the Court on or before April 8, 2009. In the event that the parties are unable to resolve the matter on or before April 8, 2009, the Court will set a discovery schedule.

_____ J.