IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-1434 |
| $500,430.00 IN UNITED STATES CURRENCY | ) ) ) ) | |
| Defendant. | ) | |

**ORDER OF COURT**

AND NOW, this 31st day of March, 2009, it is hereby,

ORDERED, ADJUDGED and DECREED that the foregoing Stipulation is hereby approved and incorporated by reference in its entirety into this Order.

It is further ORDERED that:

1. The United States Marshal Service shall pay $350,430.00 of the Defendant Property to Glenn E. Marsh by check payable to Glenn E. Marsh and delivered to the United States Attorney, who shall in turn deliver the check to Marc D. Daffner, Esquire. The remaining $150,000.00 of the Defendant Property is hereby forfeited to the United States free and clear of all right, title and interest of any person or entity.

2. A certificate of reasonable cause pursuant to 28 U.S.C. § 2465 is hereby entered.

3. The Clerk shall mark this case closed.

United States District Judge